**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 20-218-1** |
| | : | |
| | : | |
| **DAVID ELMAKAYES** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of defendant, David Elmakayes, in the above-captioned matter.

                                             Respectfully submitted,

                                             /s/ James J. McHugh, Jr.
                                           JAMES J. McHUGH, JR.
                                           Assistant Federal Defender

Withdrawing Attorney:

 /s/ Katrina M. Young
KATRINA M. YOUNG
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

    I, James J. McHugh, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Entry of Appearance, by electronic notification and hand delivery, upon Joseph A. LaBar, Assistant United States Attorney, to his office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.

        /s/ James J. McHugh, Jr.
        JAMES J. McHUGH, JR.
        Assistant Federal Defender

DATE:    August 11, 2020