# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 20-218 |
| | : | |
| **DAVID ELMAKAYES** | : | |
| | : | |

## ORDER

**AND NOW**, this **20th** day of **December 2023**, upon consideration of Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 45) and the Government's Response in Opposition (ECF No. 49), it is **hereby ORDERED** that Defendant's Motion (ECF No. 45) is **DENIED**.

It is **FURTHER ORDERED** that a Certificate of Appealability **SHALL NOT** issue because reasonable jurists would not disagree as to this Court's ruling and because there is no substantial showing of a denial of a constitutional right.

BY THE COURT:

*/s/ Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**